**Electronically Filed**
**Supreme Court**
**SCWC-19-0000663**
**27-APR-2023**
**07:55 AM**
**Dkt. 15 ODAC**

SCWC-19-0000663

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS
OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III,
Respondent/Plaintiff-Appellee,

vs.

RALPH CARDONA SOTO, JR., ALSO KNOWN AS RALPH C. SOTO, JR.; and
KIMBERLY ANN SOTO, ALSO KNOWN AS KIMBERLY A. SOTO,
Petitioners/Defendants-Appellants,

and

EWA BY GENTRY COMMUNITY ASSOCIATION;
and GUARDIAN CAPITAL MANAGEMENT HAWAII, LLC,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000663 and CAAP-22-0000090; CIV NO. 17-1-1388)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Cataldo, in place of Nakayama, J., recused,
and Circuit Judge Park, in place of Wilson, J., recused)

Petitioners/Defendants-Appellants' Application for Writ of Certiorari, filed on February 28, 2023, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 27, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo

/s/ Shanlyn A.S. Park

